NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARY A. JOHNSTON A/K/A MARY ANN JOHNSTON, )
)
)
Appellant, )
)
v. )     Case No. 2D18-493
)
JAMES B. NUTTER & COMPANY; THE )
UNKNOWN HEIRS, BENEFICIARIES, )
DEVISEES, GRANTEES, ASSIGNEES, )
LIENORS, CREDITORS, TRUSTEES )
AND ALL OTHERS WHO MAY CLAIM )
AN INTEREST IN THE ESTATE OF )
ROBERT G. JOHNSTON, DECEASED; )
ROBERT JOHNSTON, JR. A/K/A )
ROBERT GARY JOHNSTON, JR.; )
AMY JOHNSTON A/K/A AMY L. )
JOHNSTON; ELIZABETH WAGER )
A/K/A ELIZABETH MARIE WAGER; )
UNITED STATE OF AMERICA, )
ACTING OF BEHALF OF THE )
SECRETARY OF HOUSING AND )
URBAN DEVELOPMENT; ANY AND )
ALL UNKNOWN PARTIES CLAIMING )
BY, THROUGH, UNDER, AND )
AGAINST THE HEREIN NAMED )
INDIVIDUAL DEFENDANT(S) WHO )
ARE NOT KNOWN TO BE DEAD OR )
ALIVE, WHETHER SAID UNKNOWN )
PARTIES MAY CLAIM AN INTEREST )
AS SPOUSES, HEIRS, DEVISEES, )
GRANTEES, OR OTHER CLAIMANTS, )
)
Appellees. )
_____ )

Opinion filed March 29, 2019.

Appeal from the Circuit Court for Charlotte County; James R. Thompson, Senior Judge.

Jeffrey M. Backo and Cord C. Mellor of Mellor, Grissinger, & Backo, LLP, Nort Port, for Appellant.

David Y. Rosenberg, Cynthia L. Comras, and Jarrett Cooper of Robertson, Anschutz, & Schneid, P.L., Boca Raton, for Appellee James B. Nutter & Company.

No appearance for remaining Appellees.


PER CURIAM.


      Affirmed.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.